IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARIO MIMS,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 06-00574-CG-B |
| **JERRY FERRELL,** | : |
| Respondent. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be and is hereby dismissed as **MOOT**.

**DONE and ORDERED** this 27th day of August, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE